UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al., | No. C 14-01171 MEJ |
| Plaintiffs, | ORDER SCHEDULING CMC |
| v. | |
| THE GREAT BULL RUN, LLC, et al., | |
| Defendants. | |

The Court shall conduct a Case Management Conference in this case on June 26, 2014 at 10:00 a.m. in Courtroom B. The parties shall file a joint CMC statement by June 19.

**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
Maria-Elena James
United States Magistrate Judge