# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Animal Legal Defense Fund,<br><br>            Plaintiff(s),<br><br>     v.<br><br>The Great Bull Run, LLC,<br><br>            Defendant(s). | 14-01171 MEJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Dirk M. Schenkkan
> Arnold & Porter, LLP
> 3 Embarcadero Center, 7th Floor
> San Francisco, CA 94111
> 415-471-3168
> dirk.schenkkan@aporter.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
14-01171 MEJ MED                                  - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 14, 2014

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
14-01171 MEJ MED                                - 2 -