UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GREAT BULL RUN, LLC, et al.,<br><br>Defendants. | Case No. 14-cv-01171-MEJ<br><br>**ORDER RE: MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 29 |

On August 26, 2014, Defendants The Great Bull Run and Lone Star Rodeo filed a Motion for Protective Order. As Defendants' Motion does not comply with the undersigned's Discovery Standing Order, it is DENIED WITHOUT PREJUDICE. The parties are ORDERED to meet and confer in person. The parties are encouraged to use the Court's model protective order, available at http://cand.uscourts.gov/model-protective-orders. Any protective order must include terms in compliance with Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: August 26, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge