UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE GREAT BULL RUN, LLC, et al.,<br><br>Defendants.<br>_____/ | No. C 14-1171 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      September 16, 2014<br>Mediator:  Dirk Schenkkan |

Before the court are plaintiffs' and defendants' requests for their client representatives to be excused from appearing in person at the mediation scheduled for September 16, 2014 before Dirk Schenkkan. ADR L.R. 6-10(d) requires that any request to be excused from appearing in person at a mediation be accompanied by a statement as to why attending the mediation would cause the requesting party 'extraordinary or otherwise unjustifiable hardship.' The court finds that neither party has demonstrated that their being required to attend the mediation would cause such hardship and accordingly DENIES both requests. The representatives for all parties shall appear in person at the mediation.

IT IS SO ORDERED.

September 4, 2014          By:  _____
Dated                                    Elizabeth D. Laporte
                                         United States Chief Magistrate Judge