IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al., | No. C -14-01171(EDL) |
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| THE GREAT BULL RUN, LLC, et al., | |
| Defendants. | |

The Court received a letter, dated September 8, 2014, from Defendant Lone Star Rodeo, LLC requesting the Court to reconsider its September 5, 2014 order denying Defendant's request for its client representative to be excused from appearing in person at the mediation scheduled for September 16, 2014. Plaintiff sent a letter on September 10, 2014, opposing the request and pointing out that the mediator obtained Defendant's consent to that date in advance, so Defendant created the scheduling conflict. Further, if allowed, Defendant's meetings would interfere with Defendant's proposed participation by telephone. The Court finds that attendance at the mediation by Defendant's client representative is necessary for a productive mediation session. Consequently, Defendant's request is DENIED. However, given Defendant's concerns, the parties may ask the mediator whether he is amenable to rescheduling and, if necessary, consider asking Judge James for a continuance of the ADR deadline.

**IT IS SO ORDERED.**

Dated: September 10, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge