UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a nonprofit corporation; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a nonprofit corporation;<br><br>Plaintiffs,<br>v.<br><br>THE GREAT BULL RUN, LLC; LONE STAR RODEO, LLC; DOES 1-10;<br>Defendants. | [~~PROPOSED~~] ORDER GRANTING REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND TIME, PURSUANT TO FRCP 6(b)(1) AND CIVIL LOCAL RULE 6-2, TO FACILITATE SETTLEMENT NEGOTIATIONS<br><br>Case No. 3:14-cv-01171-MEJ |

**[~~PROPOSED~~] ORDER**

Plaintiffs Animal Legal Defense Fund ("ALDF") and People for the Ethical Treatment of Animals, Inc. ("PETA") and Defendants The Great Bull Run, LLC ("GBR") and Lone Star Rodeo, LLC ("LSR") have stipulated to extend to **March 2, 2015** the time for parties to disclose expert witnesses and to extend to **March 10, 2015** the time for parties to disclose rebuttal expert witnesses. The parties have further stipulated to extend to **March 24, 2015** the time for parties to complete all discovery, and to extend to **April 23, 2015** the time for parties to file, serve, and notice all dispositive motions. The parties have stipulated that the Court shall hear dispositive motions at 10 a.m. on **May 28, 2015**. All other pretrial and trial dates are VACATED and shall be rescheduled after resolution of dispositive motions, if necessary.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

SIGNED this <u>21st</u> day of <u>January</u>, 2015.

BY THE COURT:

_____
MARIA-ELENA JAMES
United States Magistrate Judge