Corey A. Evans (Cal. Bar No. 218789)
cevans@evansandpage.com
Geneva Page (Cal. Bar No. 235633)
gpage@evansandpage.com
EVANS & PAGE
2912 Diamond Street #346
San Francisco, CA 94131
Ph:   (415) 896-5072
Fax: (415) 358-5855

Matthew Liebman (Cal. Bar No. 248861)
mliebman@aldf.org
ANIMAL LEGAL DEFENSE FUND
170 East Cotati Avenue
Cotati, CA 94931
Ph:   (707) 795-2533, ext. 1028
Fax: (707) 795-7280

Matthew Strugar (Cal. Bar No. 232951)
matthew-s@petaf.org
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
Ph:   (323) 210-2263
Fax: (202) 540-2208

Jenni James (Cal. Bar No. 286460)
jennij@petaf.org
PETA Foundation
1536 16th St. NW
Washington, DC 20036
Ph:  (805) 206-9316
Fax: (202) 540-2208

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a nonprofit corporation; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a nonprofit corporation;<br><br>          Plaintiffs,<br>     v.<br><br>THE GREAT BULL RUN, LLC; LONE STAR RODEO, LLC; DOES 1-10;<br>          Defendants. | Case No. 3:14-cv-01171-MEJ<br><br>**STIPULATED CONSENT DECREE AND [PROPOSED] ORDER** |

**TO THIS HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiffs Animal Legal Defense Fund ("ALDF") and People for the Ethical Treatment of Animals, Inc. ("PETA") and Defendants, The Great Bull Run, LLC ("GBR") and Lone Star Rodeo, LLC ("Lone Star"), by and through their counsel of record, hereby stipulate that the claims in the present matter are settled in accordance with Fed. R. Civ. Pro. 54 and 58. Parties request that the court enter this Stipulated Consent Decree and Order as follows:

Whereas, Plaintiffs filed a complaint against Defendants, alleging causes of action for unfair competition under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200-10, related to events called "Great Bull Runs" in which bulls and humans ran on the same track, in a manner that Plaintiffs allege violated Cal. Penal Code §§ 597(b), 597b, and 597m;

Whereas, Defendant GBR conducted these events and Defendant Lone Star Rodeo supplied bulls for use in these events;

Whereas, the Parties now agree that it is in their best interests to resolve the action without litigation and have negotiated this Stipulated Consent Decree and Order in good faith to avoid expensive and protracted litigation;

Whereas, the Defendants deny the allegations of the complaint and do not admit any liability arising out of the occurrences alleged in the complaint;

Whereas, the Parties recognize, and the Court by entering this Stipulated Consent Decree and Order finds, that this Stipulated Consent Decree and Order has been negotiated by the parties in good faith and implementation of this Stipulated Consent Decree and Order will avoid expensive and protracted litigation, and that this Stipulated Consent Decree and Order is fair and reasonable.

Now, therefore, without adjudication or admission of any issue of fact or law, the Parties, by and through the undersigned, agree and stipulate as follows:

1. Defendant The Great Bull Run, LLC agrees to permanently refrain from conducting within the state of California the Great Bull Run or any other event in which bulls and humans run on the same track;

2. Defendant Lone Star Rodeo, LLC agrees to permanently refrain from supplying bulls for the purpose of using them within the state of California for the Great Bull Run or any other event in which bulls and humans run on the same track;

3. Each party shall bear its own costs and attorneys' fees in this action.

4. This Stipulated Consent Decree and Order constitutes the final, complete, and exclusive agreement and understanding among the Parties regarding the settlement embodied in the Stipulated Consent Decree and Order. The Parties acknowledge there are no representations, agreements, or understandings relating to the settlement other than those expressly contained in this Stipulated Consent Decree and Order.

5. The terms of this Stipulated Consent Decree are and shall be binding upon the present and future owners, officers, directors, employees, agents, representative, successors, and assigns of the Great Bull Run, LLC, and Lone Star Rodeo, LLC.

6. Upon entry of this Stipulated Consent Decree and Order by the Court, this Stipulated Consent Decree and Order shall constitute a final judgment between and among the Parties. The Court enters this judgment as a final judgment under Fed. R. Civ Proc. 54 and 58. The Court retains jurisdiction only as necessary to enforce the terms of the Stipulated Consent Decree and Order and the parties respectively expressly consent to the jurisdiction of this Court for the enforcement of this Stipulated Consent Decree and Order.

IT IS SO STIPULATED.

DATED: March 9, 2015          By: _____          By: _____
                              Jenni James                    Alison Buchanan
                              PETA Foundation                Hoge Fenton Jones & Appel
                              Attorney for Plaintiffs        Attorney for Defendants

1. Defendant The Great Bull Run, LLC agrees to permanently refrain from conducting within the state of California the Great Bull Run or any other event in which bulls and humans run on the same track;

2. Defendant Lone Star Rodeo, LLC agrees to permanently refrain from supplying bulls for the purpose of using them within the state of California for the Great Bull Run or any other event in which bulls and humans run on the same track;

3. Each party shall bear its own costs and attorneys' fees in this action.

4. This Stipulated Consent Decree and Order constitutes the final, complete, and exclusive agreement and understanding among the Parties regarding the settlement embodied in the Stipulated Consent Decree and Order. The Parties acknowledge there are no representations, agreements, or understandings relating to the settlement other than those expressly contained in this Stipulated Consent Decree and Order.

5. The terms of this Stipulated Consent Decree are and shall be binding upon the present and future owners, officers, directors, employees, agents, representative, successors, and assigns of the Great Bull Run, LLC, and Lone Star Rodeo, LLC.

6. Upon entry of this Stipulated Consent Decree and Order by the Court, this Stipulated Consent Decree and Order shall constitute a final judgment between and among the Parties. The Court enters this judgment as a final judgment under Fed. R. Civ. Proc. 54 and 58. The Court retains jurisdiction only as necessary to enforce the terms of the Stipulated Consent Decree and Order and the parties respectively expressly consent to the jurisdiction of this Court for the enforcement of this Stipulated Consent Decree and Order.

IT IS SO STIPULATED.

DATED: March 9, 2015   By: _____   By: _____
                           Jenni James                    Alison Buchanan
                           PETA Foundation                Hoge Fenton Jones & Appel
                           Attorney for Plaintiffs        Attorney for Defendants

Agreed:

DATED: __March 5__, 2015          By: _____
                                       Bradford Scudder on behalf of
                                       Defendant THE GREAT BULL RUN, LLC

DATED: _____, 2015     By: _____
                                       Preston Fowlkes, Jr. on behalf of
                                       Defendant LONE STAR RODEO, LLC

DATED: _____, 2015     By: _____
                                       Matthew Liebman on behalf of
                                       Plaintiff ANIMAL LEGAL DEFENSE FUND

DATED: _____, 2015     By: _____
                                       Jeff Kerr on behalf of
                                       Plaintiff PEOPLE FOR THE ETHICAL
                                       TREATMENT OF ANIMALS

IT IS SO ORDERED.

DATED: __March 10__, 2015         By: _____
                                       Honorable Maria-Elena James

Agreed:

DATED: _____, 2015

By: _____
Bradford Scudder on behalf of
Defendant THE GREAT BULL RUN, LLC

DATED: 3-2, 2015

By: /s/ Preston Fowlkes J.
Preston Fowlkes, Jr. on behalf of
Defendant LONE STAR RODEO, LLC

DATED: _____, 2015

By: _____
Matthew Liebman on behalf of
Plaintiff ANIMAL LEGAL DEFENSE FUND

DATED: _____, 2015

By: _____
Jeff Kerr on behalf of
Plaintiff PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS

IT IS SO ORDERED.

DATED: _____, 2015

By: _____
Honorable Maria-Elena James

Agreed:

DATED: _____, 2015

By: _____
Bradford Scudder on behalf of
Defendant THE GREAT BULL RUN, LLC

DATED: _____, 2015

By: _____
Preston Fowlkes, Jr. on behalf of
Defendant LONE STAR RODEO, LLC

DATED: *March 3*, 2015

By: _/s/_
Matthew Liebman on behalf of
Plaintiff ANIMAL LEGAL DEFENSE FUND

DATED: *MARCH 4*, 2015

By: _/s/_
Jeff Kerr on behalf of
Plaintiff PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS

IT IS SO ORDERED.

DATED: _____, 2015

By: _____
Honorable Maria-Elena James